# VERIFIED RETURN OF SERVICE

Job # 299107

### Client Info:

RODERICK V. HANNAH, ESQ., P.A.
RODERICK V. HANNAH, ESQUIRE
4800 NORTH HIATUS ROAD
SUNRISE, FL 33351

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>WANDA KOEHN<br>-versus-<br>**DEFENDANT:**<br>AGAPE DIAMONDS, LLC, A FLORIDA LIMITED LIABILITY COMPANY | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br><br>Court Case # 8:20-CV-01830-T-33TGW |

### Service Info:

**Date Received:** 8/12/2020 at 11:39 AM
**Service:** I Served **AGAPE DIAMONDS, LLC BY SERVING ITS REGISTERED AGENT: RICARDO AZANK**
With: **SUMMONS IN A CIVIL ACTION; LETTER; COMPLAINT; EXHIBITS**
by leaving with **JOHN GALLAGHER, UPS STORE CLERK , AUTHORIZED TO ACCEPT**

At Business **3959 VAN DYKE ROAD, SUITE 216 LUTZ, FL 33558**

Latitude: **28.127756**
Longitude: **-82.502336**

On **8/14/2020** at **10:20 AM**
**Manner of Service: PRIVATE MAIL BOX - EXECUTIVE / VIRTUAL OFFICE**
48.031(6) If the only address for a person to be served which is discoverable through public records is a private mailbox, a virtual office, or an executive office or mini suite, substitute service may be made by leaving a copy of the process with the person in charge of the private mailbox, virtual office, or executive office or mini suite, but only if the process server determines that the person to be served maintains a mailbox, a virtual office, or an executive office or mini suite at that location. 48.081(b) For purposes of this subsection, the term "virtual office" means an office that provides communications services, such as telephone or facsimile services, and address services without providing dedicated office space, and where all communications are routed through a common receptionist. The term "executive office or mini suite" means an office that provides communications services, such as telephone and facsimile services, a dedicated office space, and other supportive services, and where all communications are routed through a common receptionist.

### Served Description: (Approx)

Age: **40**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **165**, Hair: **Brown** Glasses: **No**

I **JAMES D. WOODS** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**JAMES D. WOODS**
Lic # **CPS#10-555418**

**COURT EXPRESS SERVICES**
P.O. BOX 010581
Miami, FL 33101

Job # 299107




1 of 1

INITIALS: JDW  ID # CPS#10-555418
DATE: 8/14/2020 TIME: 10:20 AM
MILITARY: NA
MARITAL STATUS: NA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| CPS |  |  |
|---|---|---|
| 8/12/20 |  | **SERVED** |
| 049107 |  |  |
| DATE |  | 8/14 |
| TIME |  | 10:20A |
| WHO | JW #10-555418 |  |

WANDA KOEHN

*Plaintiff(s)*

v.

Civil Action No. 8:20-cv-01830-T-33TGW

AGAPE DIAMONDS, LLC,
a Florida limited liability company

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AGAPE DIAMONDS, LLC
By Serving Its Registered Agent:
RICARDO AZANK
3959 VAN DYKE ROAD
SUITE 216
LUTZ FL 33558

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RODERICK V. HANNAH, ESQ.
4800 NORTH HIATUS ROAD
SUNRISE FL 33351-7919
Telephone: (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: **Aug 07, 2020**

Signature of Clerk or Deputy Clerk