UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:20-cv-01830-VMC-TGW

**WANDA KOEHN**,

    Plaintiff,

vs.

**AGAPE DIAMONDS, LLC,**
**a Florida limited liability company,**

    Defendant.

_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

  **X**   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: August 24, 2020.

    /s/ *Roderick V. Hannah*
RODERICK V. HANNAH, P.A.
8751 West Broward Boulevard, Suite 303
Plantation, FL  33324
(954) 362-3800
Email:  rhannah@rhannahlaw.com