UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WANDA KOEHN,

    Plaintiff,

v.                                   Case No.:  8:20-cv-1830-VMC-TGW

AGAPE DIAMONDS, LLC,

    Defendant.

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Defendant Agape Diamonds, LLC ("**Agape**"), by counsel and pursuant to Rule 6(b), Fed. R. Civ. P., moves for entry of an order granting Agape for an additional fourteen (14) day extension of time within which to answer or otherwise respond to Plaintiff Wanda Koehn's Complaint, through and including October 2, 2020, and, in support, states as follows:

**BACKGROUND**

Plaintiff initiated this action on August 7, 2020, by filing the Complaint.  (Doc. 1). Plaintiff's Complaint asserts a cause of action for violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*, and requests declaratory and injunctive relief, as well as an award of Plaintiff's reasonable attorneys' fees and costs.  *See generally id.*

The Clerk signed, sealed, and issued a civil summons for service on Agape on August 7, 2020.  (Doc. 3).  Agape was served with the summons and a copy of the Complaint on August 14, 2020.  Accordingly, Agape's response to the Complaint was due on or before September 4, 2020.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

On August 25, 2020, because undersigned counsel was recently retained to represent Agape in this matter and required a short amount of additional time within which to confer with

representatives of Agape, investigate the claims asserted in the Complaint and Agape's potential defenses to the same, and prepare an appropriate response to the Complaint, Agape moved, unopposed, for a fourteen (14) day extension of time within which to answer or otherwise respond to the Complaint, through and including September 18, 2020.  (Doc. 10).  The Court granted the motion the same day.  (Doc. 12).

Subsequent to the Court's order granting Agape's motion for extension of time, the parties have engaged in good faith settlement negotiations.  On September 14, 2020, so that the parties could continue to negotiate a potential early resolution of this action, undersigned counsel sent e-mail correspondence to Plaintiff's counsel, seeking Plaintiff's consent to an additional fourteen (14) day extension of time within which to respond to the Complaint, though and including October 2, 2020.  Plaintiff's counsel responded that Plaintiff does not oppose Agape's request.

## LEGAL STANDARD

Rule 6(b), Fed. R. Civ. P., governs the enlargement of time periods established by the Federal Rules of Civil Procedure.  The Rule provides, in relevant part, "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made . . . before the original time . . . expires[.]"  Fed. R. Civ. P. 6(b)(1)(A).  District courts are permitted broad discretion to grant extensions of time pursuant to Rule 6(b).  *See Lujan v. Nat'l Wildlife Fed'n,* 497 U.S. 871, 896 n.5 (1990).

## ARGUMENT

This motion is made prior to the expiration of Agape's current response deadline of September 18, 2020, and good cause exists for Agape's requested extension.  As explained above, the parties are currently engaging in good faith settlement negotiations.  Agape would

represent to the Court that the most efficient course would be to extend Agape's deadline to answer or otherwise respond to the Complaint, as doing so would be in the best interest of the time and resources of the Court and the parties and of the just, speedy, and inexpensive determination of the action, should the parties successfully reach an early resolution.  *See* Fed. R. Civ. P. 1.  An extension would give the parties additional time to conclude a settlement if one is to be had, or to notify the Court that their efforts have been unsuccessful.  An extension would not prejudice any party to this action, or negatively impact the action's timely disposition.

**WHEREFORE**, Defendant Agape Diamonds, LLC respectfully requests this Court enter an order granting it a fourteen (14) day extension of time within which to answer or otherwise respond to the Complaint, through and including October 2, 2020, and for any further relief this Court deems equitable and just.

Dated:  September 14, 2020

*/s/ Ryan L. Hedstrom*
Eduardo A. Suarez-Solar, Esq.
Florida Bar No. 958875
Ryan L. Hedstrom, Esq.
Florida Bar No. 124724
**GUNSTER YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 2500
Tampa, Florida  33602
Tel:  (813) 222-6653
Fax:  (813) 228-6739
esuarez@gunster.com (primary)
rhedstrom@gunster.com (primary)
tkennedy@gunster.com (secondary)
csanders@gunster.com (secondary)

***Attorneys for Defendant Agape Diamonds, LLC***

## **LOCAL RULE 3.01(g) CERTIFICATION**

I CERTIFY that I conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised by this motion. Plaintiff does not oppose the relief sought herein.

*/s/ Ryan L. Hedstrom*
Ryan L. Hedstrom, Esq.

## **CERTIFICATE OF SERVICE**

I CERTIFY that on September 14, 2020, a true and accurate copy of the foregoing was filed with the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan L. Hedstrom*
Ryan L. Hedstrom, Esq.

ACTIVE 12425418.1