UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  8:20-cv-01830-VMC-TGW

**WANDA KOEHN**,

     Plaintiff,

vs.

**AGAPE DIAMONDS, LLC,**
**a Florida limited liability company,**

     Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff WANDA KOEHN, by and through her undersigned Counsel, hereby gives notice that the parties have reached a settlement, in principle, with respect to Plaintiff's individual claims. In light of the parties' settlement, Plaintiff respectfully requests that the Court dismiss this action with leave to reopen the case in thirty (30) days from today's date in the event a final Notice of Voluntary Dismissal with Prejudice has not been submitted by that date.  Plaintiff also requests that the Court adjourn all pending dates and deadlines.

     Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|      RODERICK V. HANNAH |      PELAYO M. DURAN |
|      Fla. Bar No. 435384 |      Fla. Bar No. 014659 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Ryan L. Hedstrom, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
401 East Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6653
rhedstrom@gunster.com

Eduardo A. Suarez-Solar, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
401 East Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6653
esuarez@gunster.com

*Attorneys for Defendant*
*AGAPE DIAMONDS LLC*

                                      /s/ *Roderick V. Hannah*
                                          Roderick V. Hannah