UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  8:20-cv-01830-VMC-TGW

**WANDA KOEHN**,

    Plaintiff,

vs.

**AGAPE DIAMONDS, LLC,**
**a Florida limited liability company,**

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff WANDA KOEHN ("Plaintiff") and Defendant AGAPE DIAMONDS, LLC ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses.  All Parties consent to the form and content of this Stipulation and Order.

Dated:  October 6, 2020.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran* _____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**GUNSTER YOAKLEY & STEWART, P.A.**
Counsel for Defendant
401 East Jackson Street, Suite 3500
Tampa, FL  33602
(813) 222-6653
rhedstrom@gunster.com


By:     /s/     *Ryan L. Hedstrom*
         RYAN L. HEDSTROM
         Fla. Bar No. 124724